UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-818-BR

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRITTHAVEN, INC, ) | |
| d/b/a Britthaven of Henderson, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This cause comes before the Court upon Plaintiff's unopposed motion to stay the litigation and extend all deadlines due to the lapse in appropriations for the EEOC and shutdown of Federal Government operations (DE-21). For good cause shown, Plaintiff's motion is GRANTED. The litigation of this matter is hereby STAYED until the EEOC's funding is restored. All pending deadlines in this matter that occur during the lapsed funding period, beginning October 1, 2013 and continuing until funding is restored, will be extended for the same number of business days as are contained in the lapsed funding period.

The prior Scheduling Order entered in this case (DE-17) directed that all potentially dispositive motions be filed by October 1, 2013. The deadline for filing potentially dispositive motions is hereby extended in accordance with the above. The EEOC is directed to file a "Notice of Restoration of Funding and Extended Deadlines" with the clerk of court on the first business day after restoration of EEOC's funding. Such notice shall indicate that funding has

been restored to the EEOC and shall identify all deadlines that were affected under the provisions of this Order, including for each item the original deadline and the extended deadline.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Tuesday, October 1, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE